1 **LAW OFFICES OF KENNETH I. GROSS & ASSOCIATES**
2 **KENNETH I. GROSS, ESQ.,  Bar #117838**
  **(kgross@kigrosslaw.com)**
3 **THOMAS D. SHAMBAUGH, ESQ., Bar #184625**
  **(tshambaugh@kigrosslaw.com)**
4 **849 S. Broadway, Suite 504**
  **Los Angeles, California 90014**
5 **Tel.  (213) 627-4021**                               JS-6
  **Fax.  (213) 623-4628**

6 Attorneys for Plaintiff TERESA NING

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

11 TERESA NING,                              )   CASE NO.: CV 08-02686 SJO (CTx)
                                             )
12                                           )
                                             )   **ORDER DISMISSING ACTION**
13               Plaintiff,                  )
                                             )
14                                           )
                                             )
15       v.                                  )
                                             )
16 CATHAY PACIFIC AIRWAYS                    )
   LIMITED, a Hong Kong Corporation;)
17 and DOES 1-50, inclusive,                 )
                                             )
18               Defendants.                 )
   _____ )

1

# **O R D E R**

Upon due consideration of the Stipulation of the parties, it is hereby

**ORDERED** that the above-captioned action is dismissed with prejudice, with each party to pay its own costs and attorney fees.

March 18, 2009

Dated:_____

*S. James Otero*

_____
UNITED STATES DISTRICT JUDGE

2